1  PHILLIP A. TALBERT
   Acting United States Attorney
2  JEFFREY A. SPIVAK
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000

5  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-po-00179-SAB |
|---|---|
| Plaintiff, | |
| v. | MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE |
| DONNY R. WATSON, | |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice.

DATED: August 6, 2021                         Respectfully submitted,

                                              PHILLIP A. TALBERT
                                              Acting United States Attorney

                                       By:    /s/ Jeffrey A. Spivak
                                              JEFFREY A. SPIVAK
                                              Assistant U.S. Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice.

IT IS SO ORDERED.

Dated:   **August 9, 2021**

_____
UNITED STATES MAGISTRATE JUDGE